IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-357-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| DERRICK TERRY ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion for Clarification regarding his prison sentence. The Motion is DISMISSED as moot.

Defendant Derrick Terry, Reg. No. 18485-056, is a federal inmate confined at the Low Security Correctional Institution in White Deer, Pennsylvania ("LSCI Allenwood"). His Motion seeks to have prior custody time awarded by the Bureau of Prisons ("BOP") toward the satisfaction of his federal sentence. At the time of his filing, Defendant had a projected release date of June 1, 2012. After Defendant filed his Motion, the BOP reviewed Defendant's sentence, and awarded a total of 461 days prior custody credit. See Declaration of Dennis Melick, ¶ 16. Defendant's projected release date is now May 20, 2011. Id.

Accordingly, the instant motion is moot and is DISMISSED.

SO ORDERED, this __24__ day of January, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE